UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 05 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:06CR00326 GH |
| v. | ) |
| | ) 18 U.S.C. §922(g)(1) |
| ODETRIC REMERIO HILL | ) 18 U.S.C. §924(c)(1) |
| | ) 21 U.S.C. §841(a)(1) |
| | ) 18 U.S.C. §§ 3013 & 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 12, 2005, in the Eastern District of Arkansas, the defendant,

**ODETRIC REMERIO HILL,**

having previously been convicted by the Circuit Court of Jefferson County, Arkansas in CR 2000-474, of Battery 2nd Degree, a Class D felony, and in CR 2000-1824, of Robbery, a Class B felony, crimes punishable by imprisonment for a terms exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, to wit: a Smith & Wesson, .40 caliber pistol bearing serial number SW40VE, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about December 12, 2005, in the Eastern District of Arkansas, the defendant,

**ODETRIC REMERIO HILL,**

did knowingly possessed a firearm, which had been transported in interstate commerce, a Smith & Wesson, .40 caliber pistol bearing serial number SW40VE, during and relation to a drug trafficking crime for which he may be prosecuted in a court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

On or about December 12, 2005, in the Eastern District of Arkansas, the defendant,

ODETRIC REMERIO HILL,

did knowingly and intentionally possess with the intent to distribute, approximately 18.6 grams of grams of cocaine base, also known as "crack", a Schedule II controlled substance, all in violation of Title 21, United States Code § 841.

(END OF TEXT. SIGNATURE PAGE ATTACHED)