Odetric Hill
310 West 24th
Pine Bluff, AR 71601
April 19, 2012

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAY 0 1 2012**

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

Honorable Susan Webber Wright
500 West Capitol Ave. #D157
Little Rock, AR 72201

4:06 CR 326

Dear Judge Wright:

My name is Odetric Hill. I am writing you to request that I be taken off parole early. You presided over my federal case in 2007. I have cooperated with Prosecutor, Ed Walker, in conjunction with Jefferson County Prosecutors which resulted in a conviction while in federal custody and I was released in February 2010. I am currently on parole. I have done over half of my parole, and I will be off parole on February 10, 2014.

Since my release, I have moved back to Pine Bluff with my wife and children. I have obtained a job at Walmart Supercenter and have kept this job for over a year now. I have complied with all of the requirements of my parole officer and I have not failed any drug tests. I have not received any more charges since my release, either.

For the reasons stated above, I believe that you should allow me to get off parole early. If I am relieved of my parole, I can become a more productive citizen and can better support my family.

Sincerely,

*Odetric Hill*
Odetric Hill