UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
) NO. 4:06CR00326-001 SWW
V. )
)
ODETRIC HILL )

GOVERNMENT RESPONSE TO DEFENDANT'S
PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States of America, by and through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant United States Attorney, for its response to the defendant's petition for early termination of supervised release, states as follows:

1. The United States ask the Court to deny the defendant's request for early termination of supervised release, despite his good performance on drug testing.

2. The defendant was unsuccessfully discharged from mental health treatment at Southeast Arkansas Behavioral Healthcare System, in Jefferson County.

3. The offender also has a history of domestic violence against his wife, Nicole Brown. He was arrested on April 3, 2011, for domestic violence and was later order to pay a fine of $340. The Pine Bluff police were called to his residence again during July of this same year and he is currently separated from his wife.

4. Under the circumstances list above, such requested action is not warranted given the conduct of the offender.

WHEREFORE, in the interest of justice, the government ask this Court to deny to the defendant's pro se motion for early termination of supervision..

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

By   /s/ Edward O. Walker
EDWARD O. WALKER
Assistant U.S. Attorney
AR Bar No. 2000076
P.O. Box 1229 Little Rock, AR  72203
(501) 340-2600
Edward.O.Walker@usdoj.gov

**Certificate of Service**

I hereby certify that on May 31, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following:

 /s/ Edward O. Walker
Edward O. Walker