PROB 12C
ED/AR (2/2005)

# United States District Court
### for the
### Eastern District of Arkansas
### Petition for Warrant for Offender Under Supervision
### Filed Under Seal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV – 6 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP. CLERK

Name of Offender: Odetric Remario Hill                Case Number: 4:06CR00326-01 SWW

Name of Sentencing Judicial Officer:     Honorable Susan Webber Wright
                                         United States District Judge

Offense:               Felon in Possession of a Firearm

Date of Sentence:      July 3, 2007

Sentence:              84 months Bureau of Prisons, 3 years supervised release, mandatory drug
                       testing, substance abuse treatment, abstain from the use of alcohol during
                       treatment, mental health counseling, comply with child support obligations if
                       ordered to do so by any state court, DNA collection, and $100 special penalty
                       assessment

                       September 9, 2009: Sentenced reduced to 42 months Bureau of Prisons; all
                       other terms and conditions of the original sentence remain unchanged and in
                       full force and effect

                       June 4, 2012:  Defendant's motion for early termination denied

Type of Supervision:   Supervised release          Date Supervision Commenced:  July 13, 2010
                                                   Expiration Date:  July 12, 2013

Asst. U.S. Attorney:  Edward O. Walker             Defense Attorney:  To be appointed

U.S. Probation Officer:  Emilienne Ngampa
Phone No.:  870-534-8483

_____

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|-----------|------------------------|
| General | **The defendant shall not commit another federal, state, or local crime.** On November 1, 2012, Pine Bluff, Arkansas, police officers arrested Mr. Hill and charged him with domestic battery 3rd degree.  Evidence in support of this charge includes police report number 12-00046141 and an Order of Protection filed by the victim.  Mr. Hill appeared in Jefferson County, Arkansas, District Court and pled guilty to the charge. He was fined $1,060, released from jail, and given until May 30, 2013, to pay the fine. |

It is requested that a warrant be issued and a revocation hearing held.  If a warrant is issued, the U.S.
Probation Office requests it be sealed for the safety of the United States Marshals Service and the

#51

Prob 12C                                -2-                     Petition for Warrant for
                                                              Offender Under Supervision

Name of Offender:  Odetric Remario Hill          Case Number:  4:06CR00326-01 SWW

probation office and copied only to those respective agencies pending warrant execution.  A CJA will be
provided to the Court for appointment of counsel.  The Government is represented by Assistant U.S.
Attorney Edward O. Walker.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on  _November 5, 2012_

_____                        _____
Emilienne Nganna                               Edward O. Walker
U.S. Probation Officer                         Assistant U.S. Attorney

Date:  November 5, 2012                        Date:  _NOVEMBER 5, 2012_

This form is to be filed with Criminal Docketing as a sealed motion except for copies to the U.S.
Probation Office and the U.S. Marshal Service pending warrant execution.

Approved:

_____
Supervising U.S. Probation Officer

c:  Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203