IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 13 2012

JAMES W. McCORMACK, CLERK
By: _____ J Brown _____
                              DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:06CR00326-01 SWW |
| | ) |
| ODETRIC REMARIO HILL | ) |

## UNDER SEAL
## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, through Christopher R Thyer, United States Attorney for the Eastern District of Arkansas, and Edward O. Walker, Assistant U.S. Attorney for said district, respectfully request that defendant's bond be revoked.

1. On November 1, 2012, Pine Bluff, Arkansas, police officers arrested Mr. Hill and charged him with domestic battery 3nt degree. Evidence in support of this charge includes police report number 12-00046141 and an Order of Protection filed by the victim. Mr. Hill appeared in Jefferson County, Arkansas, District Court and pled guilty to the charge. He was fined $1,060, released from jail, and given until May 30,2013, to pay the fine.

Therefore, pursuant to Title 18, U.S.C. § 3148, the United States respectfully submits that the defendant has violated his conditions of release and requests that a warrant be issued for defendant and a bond revocation hearing, that his bond be revoked.

CHRISTOPHER R. THYER
United States Attorney

EDWARD O. WALKER (2000076)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
edward.o.walker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Edward O. Walker, do hereby certify that I have filed this pleading under seal on this 13th day of November, 2012.

To Be Appointed

*[signature]*

_____
EDWARD O. WALKER

PROB 12C
ED/AR (2/2005)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 6 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Warrant for Offender Under Supervision
### Filed Under Seal

Name of Offender: Odetric Remario Hill          Case Number: 4:06CR00326-01 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Offense:            Felon in Possession of a Firearm

Date of Sentence:   July 3, 2007

Sentence:           84 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, abstain from the use of alcohol during treatment, mental health counseling, comply with child support obligations if ordered to do so by any state court, DNA collection, and $100 special penalty assessment

                    September 9, 2009: Sentenced reduced to 42 months Bureau of Prisons; all other terms and conditions of the original sentence remain unchanged and in full force and effect

                    June 4, 2012: Defendant's motion for early termination denied

Type of Supervision:   Supervised release      Date Supervision Commenced: July 13, 2010
                                               Expiration Date: July 12, 2013

Asst. U.S. Attorney: Edward O. Walker          Defense Attorney: To be appointed

U.S. Probation Officer: Emilienne Ngampa
Phone No.: 870-534-8483

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| General | **The defendant shall not commit another federal, state, or local crime.** On November 1, 2012, Pine Bluff, Arkansas, police officers arrested Mr. Hill and charged him with domestic battery 3rd degree. Evidence in support of this charge includes police report number 12-00046141 and an Order of Protection filed by the victim. Mr. Hill appeared in Jefferson County, Arkansas, District Court and pled guilty to the charge. He was fined $1,060, released from jail, and given until May 30, 2013, to pay the fine. |

It is requested that a warrant be issued and a revocation hearing held. If a warrant is issued, the U.S. Probation Office requests it be sealed for the safety of the United States Marshals Service and the

Prob 12C                                        -2-                              Petition for Warrant for
                                                                                 Offender Under Supervision

Name of Offender: Odetric Remario Hill                    Case Number:  4:06CR00326-01 SWW

probation office and copied only to those respective agencies pending warrant execution. A CJA will be provided to the Court for appointment of counsel. The Government is represented by Assistant U.S. Attorney Edward O. Walker.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _November 5, 2012_

_____                          _____
Emilienne Ngampa                                          Edward O. Walker
U.S. Probation Officer                                    Assistant U.S. Attorney

Date:   November 5, 2012                                  Date:  NOVEMBER 5, 2012

This form is to be filed with Criminal Docketing as a sealed motion except for copies to the U.S. Probation Office and the U.S. Marshal Service pending warrant execution.

Approved:

_____
Supervising U.S. Probation Officer


c:   Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203