IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                   NO.  4:06CR00326-001  SWW

ODETRIC REMERIO HILL

**ORDER**

The above entitled cause came on for hearing April 9, 2013 on the government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. The Court finds that the government's motions should be dismissed without prejudice. However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1. Defendant shall participate in a mental health treatment program with an emphasis on anger management under the guidance and direction of the U. S. Probation Office. The defendant shall pay for the costs of such treatment based on defendant's ability to pay.**

**2. Defendant shall maintain or be actively seeking employment.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

IT IS FURTHER ORDERED that the government's petitions to revoke defendant's supervised release [docs #51 & #52] are **dismissed** without prejudice.

IT IS SO ORDERED this 11th day of April 2013.

/s/Susan Webber Wright
United States District Judge