

PROB 12C
ED/AR (12/2012)

# United States District Court
### for the
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 05 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## Petition for Warrant for Offender Under Supervision

Name of Offender:  Odetric Remario Hill                Case Number:  4:06CR00326-01 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
United States District Judge

Offense:                    Felon in Possession of a Firearm

Date of Sentence:      July 3, 2007

Sentence:                  84 months Bureau of Prisons, 3 years supervised release, mandatory drug
testing, substance abuse treatment, abstain from the use of alcohol during
treatment, mental health counseling, comply with child support obligations if
ordered to do so by any state court, DNA collection, and $100 special penalty
assessment

**September 9, 2009:** Sentenced reduced to 42 months Bureau of Prisons, all
other terms and conditions of the original sentence remain unchanged and in
full force and effect

**June 4, 2012:** Defendant's motion for early termination denied.

**April 9, 2013:** Petition to revoke supervised release denied. Conditions
modified to include mental health treatment with emphasis on anger
management.

Type of Supervision:    Supervised release          Date Supervision Commenced:  July 13, 2010
Expiration Date:  July 12, 2013

Asst. U.S. Attorney: Edward O. Walker              Defense Attorney: To be appointed

U.S. Probation Officer: Emilienne Ngampa
Phone No.: 870-534-8483

---

## PETITIONING THE COURT

☒   To Issue a Warrant
☐   To Issue a Summons

The probation officer believes the offender has violated the following condition(s) of supervision:

Prob 12C                                    -2-
Name of Offender:  Odetric Remario Hill              Case Number:  4:06CR00326-01 SWW

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Special | **Defendant shall participate in a mental health treatment program with an emphasis on anger management under the guidance and direction of the U.S. Probation Office.  The defendant shall pay for the costs of such treatment based on defendant's ability to pay.** Mr. Hill violated this condition of supervised release when he failed to complete mental health counseling as imposed by the Court.  Furthermore, Mr. Hill was shot on June 22, 2013.  While discussing the circumstance of the shooting with this officer on June 26, 2013, Mr. Hill made the following comment, "I really need mental health counseling now especially after this shooting and  I may have to kill somebody."  Based on Mr. Hill's history of violence and the above-statement recently made, it is the belief of this officer that he is a danger to the community. |

I declare under penalty of perjury that          The U.S. Attorney's Office submits this
the foregoing is true and correct.               petition to be filed with Criminal
                                                 Docketing as a motion.


Emilienne Ngampa                                 Edward O. Walker
U.S. Probation Officer                           Assistant U.S. Attorney

Executed on     July 1, 2013                     Executed on     JULY 1, 2013

═══════════════════════════════════════════════════════════════════════════

THE COURT ORDERS:

☐  No Action

☐  The Issuance of a Warrant Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only)

☐  The Issuance of a Summons

☐  Other


Considered this _____ day of

_____, 20____ and made a

part of the records in the above case.

                                                 _____
                                                 Susan Webber Wright
                                                 United States District Judge