PROB 12C
ED/AR (12/2012)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL -5 2013

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Warrant for Offender Under Supervision

Name of Offender: Odetric Remario Hill         Case Number: 4:06CR00326-01 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
                                        United States District Judge

Offense:            Felon in Possession of a Firearm

Date of Sentence:   June 29, 2007

Sentence:           84 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, abstain from the use of alcohol during treatment, mental health counseling, comply with child support obligations if ordered to do so by any state court, DNA collection, and $100 special penalty assessment

**September 9, 2009:** Sentenced reduced to 42 months Bureau of Prisons, all other terms and conditions of the original sentence remain unchanged and in full force and effect

**June 4, 2012:** Defendant's motion for early termination denied.

**April 9, 2013:** Petition to revoke supervised release was dismissed without prejudice. Conditions modified to include mental health treatment with emphasis on anger management and defendant shall maintain or be actively seeking employment.

Type of Supervision:  Supervised release        Date Supervision Commenced: July 13, 2010
                                                Expiration Date: July 12, 2013

Asst. U.S. Attorney: Edward O. Walker            Defense Attorney: To be appointed

U.S. Probation Officer: Emilienne Ngampa
Phone No.: 870-534-8483

---

### PETITIONING THE COURT

    ☐ To Issue a Warrant
X To Issue a Summons

The probation officer believes the offender has violated the following condition(s) of supervision:

Prob 12C                                  -2-
Name of Offender: Odetric Remario Hill              Case Number: 4:06CR00326-01 SWW

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Standard (9) | **The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.** Mr. Hill violated this condition of supervised release when he associated with individuals engaging in criminal activity on June 20, 2013, as documented by the Pine Bluff police incident report #13-00023898. |
| 2 | Standard (11) | **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** Mr. Hill violated this condition of supervised released when he failed to notify his probation officer of the contact he had with Pine Bluff police officers on June 21, 2013, as documented by the Pine Bluff Police incident report #13-00023898. |
| 3 | Special | **Defendant shall participate in a mental health treatment program with an emphasis on anger management under the guidance and direction of the U.S. Probation Office. The defendant shall pay for the costs of such treatment based on defendant's ability to pay.** Mr. Hill violated this condition of supervised release when he failed to complete mental health counseling as imposed by the Court. Furthermore, Mr. Hill was shot on June 22, 2013. While discussing the circumstance of the shooting with this officer on June 26, 2013, Mr. Hill made the following comment, "I really need mental health counseling now especially after this shooting and I may have to kill somebody." |

I declare under penalty of perjury that the foregoing is true and correct.

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Emilienne Ngampa
U.S. Probation Officer

_____
Edward O. Walker
Assistant U.S. Attorney

Executed on    July 5, 2013                 Executed on    JULY 5, 2013